BRONSTER FUJICHAKU ROBBINS
A Law Corporation

KENNETH S. ROBBINS         1000
NOELLE E. CHAN             11280
1003 Bishop Street, Suite 2300
Honolulu, Hawaiʻi  96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881

Attorneys for Plaintiffs
GABRIELA BERNARDIN and MARK BERNARDIN

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-22-0000207**
**04-MAR-2022**
**10:37 AM**
**Dkt. 15 CAMD**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAIʻI

| | |
|---|---|
| GABRIELA BERNARDIN and MARK BERNARDIN,<br><br>           Plaintiffs,<br>   vs.<br><br>HILTON MANAGEMENT LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,<br><br>           Defendants. | Civil No. 1CCV-22-0000207<br>(Other Civil Action)<br><br>FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL; SUMMONS; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br>**Judge:  Hon. Gary W. B. Chang** |

### FIRST AMENDED COMPLAINT

Plaintiffs GABRIELA BERNARDIN and MARK BERNARDIN, by and through their attorneys, Bronster Fujichaku Robbins, allege and aver as follows:

### INTRODUCTION

1. Plaintiffs bring this action for damages that they incurred when, on August 20, 2021, Plaintiff Gabriela Bernardin ("Gabriela") sustained injuries

Exhibit A

from a fall caused by a defective tiled pathway from the pool area to the rideshare pick-up zone at Hilton Hawaiian Village Beach Resort & Spa, also known as Hilton Hawaiian Village Waikiki Beach Resort, is owned by Park Hotels and Resorts and managed by Defendant Hilton Management, LLC. While falling, Gabriela struck a wall, which resulted in shattering her right humerus.  Gabriela's fall was a direct result of Defendant's failure to take reasonable steps to properly maintain the pathway from the pool area to the rideshare pick-up zone, and/or adequately warn visitors of the danger that Defendant knew or should have known existed.  As a result, Plaintiffs have incurred significant medical expenses in excess of $120, 000 and income loss.

2.   Due to the serious nature of Gabriela's injuries, her husband, Plaintiff Mark Bernardin ("Mark"), brings his claims for negligent infliction of emotional distress and loss of spousal consortium.  Prior to the injuries that Gabriela suffered she was able to work and perform the acts normally performed by a spouse, including assistance with the household, as well as providing moral support, comfort, and society to Mark.  Following the accident, she has been unable to perform those spousal acts, as she had before her fall.

## JURISDICTION AND VENUE

3.   This Court has jurisdiction over this action pursuant to Hawaiʻi Revised Statutes § 603-21.5(3).  Venue in this Circuit Court is proper pursuant to Haw. Rev. Stat. § 603-36(1).

## PARTIES

4. Gabriela is, and was at all relevant times, a citizen of Fremont, California.

5. Mark is, and was at all relevant times, a citizen of Fremont, California.

6. Defendant HILTON MANAGEMENT LLC ("HML") is the resort and property manager of HILTON HAWAIIAN VILLAGE BEACH RESORT & SPA ("HHV").

7. HILTON HAWAIIAN VILLAGE BEACH RESORT & SPA is a for-profit hotel, organized and existing under the laws of the State of Hawai'i.

8. Defendants John Does 1-10, Jane Does 1-10, Doe Partnerships 1-10, Doe Corporations 1-10, Doe Governmental Entities 1-10 are sued herein under fictitious names for the reason that, despite diligent and good faith efforts to obtain information, their true names and identities are presently unknown to Plaintiffs, except that they were connected in some manner with the named Defendant and/or were in some manner presently unknown to Plaintiffs, engaging in the activities alleged herein; and/or were in some manner responsible for the injuries or damages to Plaintiffs; and that their true names, identities, capacities, activities and/or responsibilities are presently unknown to Plaintiffs and their attorneys. Plaintiffs ask leave of this Court to identify the Doe Defendants if and when their identities are ascertained.

## FACTS COMMON TO ALL CAUSES OF ACTION

9. In August 2021, Gabriella, then 51 years old, and her husband, Mark, travelled to Honolulu, Hawai'i for a vacation. The Bernardins stayed in Waikiki at the Hilton Hawaiian Village Beach Resort & Spa.

10. On August 20, 2021, at 4:45 PM, following the path between the Diamond Head Tower and Tapa Pool, Gabriela and Mark were walking to the rideshare pick-up zone to wait for an Uber to take them to dinner. During their walk, Gabriela tripped on tiles along the defective pathway. Gabriela fell forward toward a wall. Bracing herself with her right arm, Gabriela's right humerus shattered.

11. Gabriela was taken to Kaiser Permanente Moanalua Medical Center ("Kaiser Moanalua"), where she was given a soft cast and released that night.

12. Upon returning to California, Gabriela was admitted to Kaiser Permanente San Leandro Medical Center ("Kaiser San Leandro") for six days. Due to the severity of the bone break, Kaiser San Leandro performed two surgical procedures to insert two plates and thirty-nine screws to stabilize the fractured humerus.

13. Since the incident, Gabriela has continued to suffer pain and disability as a result of her injuries and has been unable to resume her employment. Since then, Gabriela has been unable to work, and has suffered pain and suffering. Both Plaintiffs have suffered loss of enjoyment of life and lost income due to Gabriela's sustained pain and diminished mobility.

## FIRST CAUSE OF ACTION
### (Premises Liability – Gabriela Bernardin)

14. Plaintiffs reallege and incorporate by reference paragraphs 1 through 13 above.

15. On the day of the incident, August 21, 2021, upon reasonable belief, Defendant HML, as the resort and property manager, was responsible for the maintenance of HHV.

16. The Bernardins entered HHV as invitees and were lawfully permitted to be on the premises.

17. As a hotelier, HML has a heightened duty to guests to take reasonable steps to eliminate the risk of foreseeable dangerous conditions on its property, or to adequately warn guests regarding the risks of which it knew or should have known.

18. As a result of HML's failure to keep its property in a reasonably safe condition or warn invitees about the defective tiled pathway, Gabriela suffered serious injuries and damages in an amount to be proven at trial.

## SECOND CAUSE OF ACTION
### (Negligence – Gabriela Bernardin)

19. Plaintiffs reallege and incorporate by reference paragraphs 1 through 18 above.

20. HML, as the resort and property manager, has a duty to maintain and operate HHV's facilities in a safe condition for the use of its guests.

21. HML breached its duties by failing to adequately maintain HHV's pathway tiles by repairing uneven tiles, repairing broken tiles, and/or re-

5

grouting tiles on the property obvious and known to invitees using the property.

22. As a direct and proximate result of HML's breach, Gabriela tripped along the defective tiled pathway and fell suffering damages in an amount to be proven at trial.

**THIRD CAUSE OF ACTION**
**(Gross Negligence – Gabriela Bernardin)**

23. Plaintiffs reallege and incorporate by reference paragraphs 1 through 22 above.

24. HML, as the resort and property manager, has a duty to maintain and operate HHV's facilities in a safe condition for the use of its guests.

25. HML breached its duties. By failing to adequately maintain HHV's pathway tiles by repairing uneven tiles, repairing broken tiles, and/or re-grouting tiles on the property obvious and known to invitees using the property, HML consciously disregarded the welfare and safety of HHV's guests, including Gabriela.

26. As a direct and proximate result of HML's gross negligence, Gabriela tripped along the defective tiled pathway and fell suffering damages in an amount to be proven at trial.

**FOURTH CAUSE OF ACTION**
**(Negligent Infliction of Emotional Distress –**
**Gabriela Bernardin & Mark Bernardin)**

27. Plaintiffs reallege and incorporate by reference paragraphs 1 through 26 above.

28. HML, as the resort and property manager, owed Gabriela and Mark a heightened duty as HHV guests to maintain and operate HHV's facilities in a safe condition and to not cause emotional distress.

29. HML breached that duty by causing severe and devastating injuries to Gabriela, which have resulted in a substantially diminished quality of life.

30. Additionally, HML breached its duty to Mark, as her husband and bystander, by causing severe injury to Gabriela.

31. As a direct and proximate cause of HML's breach, Gabriela and Mark have suffered extreme emotional distress.

32. Based on the foregoing, Gabriela and Mark seek special and general damages to be proven at trial.

### FIFTH CAUSE OF ACTION
### (Loss of Consortium – Mark Bernardin)

33. Plaintiffs reallege and incorporate by reference paragraphs 1 through 32 above.

34. Gabriela and Mark Bernardin were married on August 8, 2008, and continue to be married to this day.

35. Prior to the August 21, 2021 incident, Gabriela was able to perform all the acts normally performed by a spouse. This includes assistance with the household as well as providing moral support, comfort, and society to Mark.

36. As a result of HML's negligence described herein, Mark has suffered, and will continue to suffer loss of consortium, loss of society, loss of affection, loss of assistance, and loss of moral support from his wife Gabriela.

37. Mark has suffered damages due to his loss of consortium in an amount to be proven at trial.

WHEREFORE, Plaintiffs pray for Judgment as follows:

A. General damages in an amount to be proven at trial;

B. Punitive damages in an amount to be proven at trial;

C. Special damages in an amount to be proven at trial, including, but not limited to medical expenses (past and future), lost wages (past and future), loss of earnings and/or working capacity in an amount to be proven at trial;

C. Prejudgment and post-judgment interest;

D. Reasonable attorneys' fees and costs of suit;

E. Such other and further relief as the Court deems just and proper.

DATED: Honolulu, Hawai'i, March 4, 2022.

/s/ *Kenneth S. Robbins*
KENNETH S. ROBBINS
NOELLE E. CHAN

Attorneys for Plaintiffs
GABRIELA BERNARDIN and MARK BERNARDIN

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| GABRIELA BERNARDIN and MARK BERNARDIN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HILTON MANAGEMENT LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | Civil No. 1CCV-22-0000207<br>(Other Civil Action)<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

Plaintiffs Gabriela Bernardin and Mark Bernardin, hereby demand trial by jury on all issues so triable in the above-entitled action.

DATED: Honolulu, Hawai'i, March 4, 2022.

                                            /s/ *Kenneth S. Robbins*
                                            KENNETH S. ROBBINS
                                            NOELLE E. CHAN

                                            Attorneys for Plaintiffs
                                            GABRIELA BERNARDIN and MARK BERNARDIN

| STATE OF HAWAI'I CIRCUIT COURT OF THE FIRST CIRCUIT | SUMMONS TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|

| PLAINTIFF | VS. | DEFENDANT(S) |
|---|---|---|
| GABRIELA BERNARDIN and MARK BERNARDIN | | HILTON HAWAIIAN VILLAGE; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10 |

PLAINTIFF'S NAME & ADDRESS, TEL. NO.

Kenneth S. Robbins #1000 / Noelle E. Chan #11280
Bronster Fujichaku Robbins
1003 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
Tel. (808) 524-5644

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

Kenneth S. Robbins and Noelle E. Chan
Bronster Fujichaku Robbins
1003 Bishop Street, Suite 2300, Honolulu, HI 96813                                              ,

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us | Effective Date of 28-Oct-2019 Signed by: /s/ Patsy Nakamoto Clerk, 1st Circuit, State of Hawai'i  |
|---|---|

 In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (1CCT) (10/19)
Summons to Complaint   RG-AC-508 (10/19)

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| GABRIELA BERNARDIN and MARK BERNARDIN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HILTON MANAGEMENT LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | Civil No. 1CCV-22-0000207<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2022, a file-marked copy of the foregoing will be served **VIA EMAIL AND HAND DELIVERY** on the following at their last known addresses:

STACY Y. MA, ESQ.
Goodsill Anderson Quin & Stifel
999 Bishop Street, Suite 1600
Honolulu, Hawai'i 96813

Attorney for Defendant
HILTON HAWAIIAN VILLAGE

DATED: Honolulu, Hawai'i, March 4, 2022.

                                    /s/ *Kenneth S. Robbins*
                                    KENNETH S. ROBBINS
                                    NOELLE E. CHAN

                                    Attorneys for Plaintiffs
                                    GABRIELA BERNARDIN and MARK BERNARDIN